UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
DANETTE RIVERA,

                Plaintiff,

      - against -

THE BANK OF NEW YORK MELLON,

                Defendant.
----------------------------------------------------------x

**MEMORANDUM & ORDER**
25-CV-0681 (PKC)

PAMELA K. CHEN, United States District Judge:

Plaintiff Danette Rivera ("Plaintiff"), proceeding *pro se*, commenced this action concerning a mortgage foreclosure related to a property in Queens County, New York. (*See generally* Compl., Dkt. 1.) Plaintiff applied to proceed *in forma pauperis* ("IFP"). (IFP Mot., Dkt. 2.) By Order dated February 10, 2025, this Court denied Plaintiff's IFP application without prejudice to renew, and directed Plaintiff to cure the filing deficiency within 14 days of the date of that Order by either (1) paying the requisite filing fee to the Clerk of Court of the United States District Court for the Eastern District of New York; or (2) submitting a complete Long Form IFP application that demonstrates indigency. (2/10/2025 Mem. & Order, Dkt. 4 at 3.) The Order warned that the Court would dismiss Plaintiff's action if she did not comply. (*Id.*) Plaintiff has not responded to the Court's Order, and the time for doing so has passed.

\*     \*     \*

Accordingly, this action is dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore denies *in forma pauperis* status for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962). The Clerk of Court is respectfully requested to close this case.

SO ORDERED.

*/s/ Pamela K. Chen*
Pamela K. Chen
United States District Judge

Dated:     March 12, 2025
           Brooklyn, New York